| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.: 2:19-cr-00190-CAS |
|---|---|---|
| Plaintiff, | ) | ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS (FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |
| v. | ) | |
| Abraham Rodriguez, | ) | |
| Defendant. | ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the  Central  District of  California  for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A.  ( )   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on the following:

  ( )   information in the Pretrial Services Report and Recommendation

  ( )   information in the violation petition and report(s)

  ( )   the defendant's nonobjection to detention at this time

  ( )   other: _____

1           and/ or
2  B. (x)   The defendant has not met his/her burden of establishing by clear and
3           convincing evidence that he/she is not likely to pose a danger to the safety
4           of any other person or the community if released under 18 U.S.C.
5           § 3142(b) or (c). This finding is based on the following:
6           (x)   information in the Pretrial Services Report and Recommendation
7           (x)   information in the violation petition and report(s)
8           ( )   the defendant's nonobjection to detention at this time
9           ( )   other: _____

11  IT THEREFORE IS ORDERED that the defendant be detained pending the further
12  revocation proceedings.

14  Dated:  9/30/21

                                        _____
                                        SHASHI H. KEWALRAMANI
                                        UNITED STATES MAGISTRATE JUDGE