O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR18-190-CAS |
| Plaintiff, | |
| v. | FINAL REVOCATION OF SUPERVISED RELEASE AND JUDGMENT |
| ABRAHAM RODRIGUEZ, | |
| Defendant. | |

On November 1, 2021, this matter came before the Court on Petition on Probation and Supervised Release originally filed on February 13, 2015. Government counsel, Jena MacCabe, the defendant and his appointed Deputy Federal Public Defender attorney, Elena Sadowsky, were present. The U.S. Probation Officer, Cynthia Carr, was also present.

The defendant admitted to the allegations, in violation of his supervised release, as stated in the Petition filed on . The Court finds that the defendant is in violation of the terms and conditions of his supervised release imposed on April 18, 2018.

IT IS ORDERED AND ADJUDGED, upon the findings of the Court, the Defendant is hereby committed to the custody of the Bureau of Prisons for a term of eight (8) months, to be served consecutively to any other sentence imposed. Upon release from imprisonment, defendant shall be placed on supervised release for a period of twenty-four (24) months, under the same terms and conditions previously imposed, with the following additional special condition:

1) The defendant shall reside at a residential re-entry center (RRC), under the community corrections component, for a period not to exceed three (3) months, and shall comply with all rules and regulations of the RRC, until discharged by the program director, with the approval of the Probation Officer;

2) Defendant shall comply with the rules and regulations of the United States Probation & Pretrial Services Officers and Second Amended General Order 20-04; and

3) Defendant shall refrain from any unlawful use of a controlled substance. The offender shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed four tests per month, as directed by the Probation Officer.

Defendant is informed of his right to appeal. The Court hereby recommends defendant serve the remainder of his custody at the Metropolitan Detention Center (MDC). If MDC is unavailable, the Court hereby recommends defendant be designated to a facility in Southern California, or as close thereto as possible.

IT IS FURTHER ORDERED that the Clerk deliver a copy of this judgment to the United States Marshal or other qualified officer and that said copy shall serve as the commitment of defendant.

FILE/DATED: November 1, 2021

CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

KIRY K. GRAY
CLERK OF COURT

By: Catherine M. Jeang
      Deputy Clerk